**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Otito Egbunike v. Citimortgage, Inc.

Appellate case number:    01-11-00777-CV

Trial court case number:   11CCV045229

Trial court:                    County Court at Law No. 1 of Fort Bend County

On September 30, 2011, appellant, Otito Egbunike, filed an affidavit of indigence in this Court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). This Court referred the affidavit to the trial court. *See* TEX. R. APP. P. 20.1(c). On May 7, 2012, the county clerk notified this Court that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

Appellant's brief is **ORDERED** filed with this Court within 30 days of the date of this order.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature:/s/ Justice Jim Sharp, Jr.

☑ Acting individually      ☐ Acting for the Court

Date: July 18, 2012

---

[1]      The clerk's record was filed on October 26, 2011, and the court reporter informed this Court that there is no reporter's record on October 4, 2011.